UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CYRUS LITTLE,

Supervisee.

No. 17-cr-183 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Wednesday, November 1, 2023, at 10:00 a.m., in Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time the Supervisee will be presented on three alleged violations of the terms of his supervised release.

SO ORDERED.

Dated:     October 23, 2023
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation