UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CYRUS LITTLE,<br><br>               Supervisee. | No. 17-cr-183 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

     IT IS HEREBY ORDERED THAT the hearing in this matter, which is currently scheduled for Wednesday, November 1, 2023, at 10:00 a.m. in Courtroom 15A, will instead take place in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:     October 27, 2023
               New York, New York

                                                                                  RICHARD J. SULLIVAN
                                                                                 UNITED STATES CIRCUIT JUDGE
                                                                                 Sitting by Designation