# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

---

March 26, 2024

Hon. Richard J. Sullivan
United States Circuit Judge, Second Circuit
Southern District of New York
New York, New York  10007

Re: *United States v. Cyrus Little 17Cr183 (RJS)*

Dear Judge Sullivan:

    I am counsel for Mr. Cyrus Little appointed on or about October 23, 2023 pursuant to 18 U.S.C. § 3006A to represent this client regarding specified violations of supervised release noted in probation's report dated October 17, 2023.

    With the consent of the Government, counsel is seeking a one (1) week adjournment of our continued sentencing hearing on the violation that is scheduled for 10:00 am on Tuesday, April 2, 2024. At our last appearance, counsel did not realized that I was also scheduled to be away from the District on vacation with my family for spring break (3.19-4.5). It is upon this basis that I am seeking an adjournment of our hearing to the week of April 8th or to a date thereafter that is convenient for the Court.

    Thank you in advance for any and all consideration of this application. We will await further instructions from the Court.

Respectfully,

*A. James Bell*
A. James Bell, Esq.

---

Counsel's motion is GRANTED. IT IS HEREBY ORDERED THAT the VOSR sentencing hearing in this matter is adjourned to Tuesday, April 9, 2024, at 2:00 p.m. The sentencing hearing will take place in Courtroom 24B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 47.

SO ORDERED:  _____
Dated: 3/28/24    RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation