UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    against

CYRUS LITTLE,

              Supervisee.

No. 17-cr-183 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a letter from Supervisee's counsel, dated April 9, 2024, requesting that portions of the transcript of the violation-of-supervised-release ("VOSR") hearing held on January 30, 2024 be sealed and docketed in redacted form. In light of the private medical information discussed during that proceeding, the Court concludes that the presumption in favor of open records has been outweighed by Supervisee's privacy interests. *See United States v. Amodeo*, 71 F.3d 1044, 1048–51 (2d Cir. 1995).

    Accordingly, IT IS HEREBY ORDERED that the transcript from the January 30, 2024 VOSR hearing shall be filed in redacted form and that the unredacted version shall remain sealed. The Court will provide a sealed copy of the transcript with counsel's proposed redactions to the Court Reporter. The Court Reporter is respectfully directed to redact the highlighted text in that transcript and to make only the redacted version available to the public. IT IS FURTHER ORDERED that Supervisee shall file a redacted copy of the April 9, 2024 letter on the docket by April 15, 2024; the unredacted version of the letter will be filed under seal.

SO ORDERED.

Dated:    April 11, 2024
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation