UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 17-cr-183 (RJS) |
| CYRUS LITTLE, | ORDER |
| Supervisee. | |

RICHARD J. SULLIVAN, Circuit Judge:

In light of (1) the Bronx Community Reentry Center's refusal to accept Supervisee into the halfway house program, and (2) Supervisee's failure to participate in the assessment process for admission in Samaritan Daytop Village's in-patient treatment program, IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Friday, May 24, 2024, at 2:00 p.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, to discuss next steps in this matter.

SO ORDERED.

Dated:  May 13, 2024
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation