UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CYRUS LITTLE,

Supervisee.

No. 17-cr-183 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the status conference in this matter, currently scheduled to take place on June 20, 2024 at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, will instead take place in Courtroom 14C.

SO ORDERED.

Dated:    June 18, 2024
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation