UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CYRUS LITTLE,

Supervisee.

No. 17-cr-183 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the evidentiary hearing scheduled for July 30, 2024, at

10:00 a.m. will take place in Courtroom 21C at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:      July 17, 2024
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation