UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CYRUS LITTLE,<br><br>               Supervisee. | No. 17-cr-183 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The Court is in receipt of the parties' joint letter, dated July 19, 2024, requesting that the violation of supervised release hearing previously scheduled for July 30, 2024 be moved to July 24, 2024 at 10:00 a.m.  (Doc. No. 58.)  The request is GRANTED.

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Wednesday, July 24, 2024, at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007, at which time it is anticipated that (i) the government will move to amend and/or dismiss certain specified violations of supervised release set forth in the Probation Office's June 13, 2024 report, and (ii) Mr. Little will admit to each of the remaining specified violations of supervised released.  IT IS FURTHER ORDERED THAT the July 30, 2024 hearing is cancelled and that the deadlines for the submission of exhibits and witnesses are adjourned *sine die*.

SO ORDERED.

Dated:      July 19, 2024
             New York, New York

                           RICHARD J. SULLIVAN
                           UNITED STATES CIRCUIT JUDGE
                           Sitting by Designation