UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v-<br><br>CYRUS LITTLE,<br>                           Supervisee. | 17-cr-183 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record during the violation of supervised release ("VOSR") presentment on September 6, 2024, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending sentencing on Specifications 1, 2, 6, 7, and 8 set forth in the VOSR report dated August 28, 2024.

SO ORDERED.

Dated:    September 6, 2024
             New York, New York

                                                                           _____
                                                                     RICHARD J. SULLIVAN
                                                                       UNITED STATES CIRCUIT JUDGE
                                                                       Sitting by Designation