UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CYRUS LITTLE,

                   Supervisee.

No. 17-cr-183 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Friday, December 20, 2024, at 10:00 a.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time the Supervisee will be presented on the alleged violations of supervised release set forth in the Probation Office's December 18, 2024 report.

SO ORDERED.

Dated:       December 19, 2024
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation