UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

CYRUS LITTLE,

               Supervisee.

No. 17-cr-183 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a letter from Supervisee's counsel, dated January 3, 2025, requesting that the violation of supervised release hearing scheduled for Monday, January 6, 2025 be moved to the week of January 13, 2025. (*See* Doc. No. 82.)

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a status conference on Wednesday, January 15, 2025, at 2:00 p.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. No. 82.

SO ORDERED.

Dated:    January 3, 2025
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation