UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CYRUS LITTLE,<br><br>               Supervisee. | No. 17-cr-183 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the VOSR conference in the above-captioned matter previously scheduled for 2:00 p.m. on Wednesday, January 15, 2025, is rescheduled to 3:00 p.m. that same day in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:     January 14, 2025
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                   UNITED STATES CIRCUIT JUDGE
                                                   Sitting by Designation