UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CYRUS LITTLE,<br><br>Supervisee. | No. 17-cr-183 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

At the request of Supervisee's counsel, the sentencing proceeding previously scheduled for Wednesday, February 12, 2025 at 10:00 a.m. is adjourned to Thursday, February 20, 2025, at 11:30 a.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 87.

SO ORDERED.

Dated:   February 11, 2025
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation