UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

No. 17-cr-183 (RJS)

ORDER

CYRUS LITTLE,

Supervisee.

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Monday, January 12, 2026, at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at which time Supervisee will be presented on the violations of supervised release alleged in the Probation Office's report of December 22, 2025.

SO ORDERED.

Dated:      December 30, 2025
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE,
Sitting by Designation