UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

CYRUS LITTLE,

Supervisee.

No. 17-cr-183 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record during the conference held on January 12, 2026, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of the alleged violations of supervised release set forth in the Probation Office's report dated December 22, 2025.

SO ORDERED.

Dated:        January 12, 2026
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation