# Angus James Bell, Esq.

30 Wall Street, 8ᵗʰ Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

January 13, 2026

Hon. Richard J. Sullivan
United States Circuit Judge, Second Circuit
Southern District of New York
New York, New York  10007

Re: *United States v. Cyrus Little 17Cr183 (RJS)*

Dear Judge Sullivan:

I write to request authorization to submit a CJA evoucher for work performed on behalf of Cyrus Little in connection with his most recent Violation of Supervised Release.

On December 30, 2025, I was notified of the alleged violation and began work on the matter, including reviewing court fillings, discussing these allegations with Mr. Little and otherwise preparing for the court appearance. On January 12, 2026, the Court appointed new counsel to represent Mr. Little, and I was thereafter relieved from this assignment.

As such, I am requesting authorization to submit a voucher covering the period from December 30, 2025 to January 12, 2026, reflecting work performed prior to the appointment of new counsel.

Thank you in advance for your consideration.

Respectfully,

A. James Bell
A. James Bell, Esq.

Mr. Bell's request is granted. Mr. Bell may submit a voucher pursuant to the Criminal Justice Act, covering the period from December 30, 2025 to January 12, 2026.  The Court extends its thanks to Mr. Bell for his service on the CJA panel.  The Clerk of Court is respectfully directed to terminate the motion  pending  at Document Number 99.

SO ORDERED.
January 17, 2026

Richard J. Sullivan
United States Circuit Judge
Sitting by Designation