UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>CYRUS LITTLE,<br>               Supervisee. | No. 17-cr-183 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record during the conference held on January 12, 2026, Gilbert S. Bayonne is hereby appointed as counsel for Supervisee Cyrus Little pursuant to the Criminal Justice Act, *nunc pro tunc* to January 12, 2026.

SO ORDERED.

Dated:       February 13, 2026
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE,
Sitting by designation