UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -v-

CYRUS LITTLE,

                Supervisee.

No. 17-cr-183 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record during sentencing proceeding held on March 4, 2026, at which the Court imposed a sentence of time served, IT IS HEREBY ORDERED THAT Supervisee is to be released forthwith from the custody of the United States Marshals Service and the Bureau of Prisons.

SO ORDERED.

Dated:          March 4, 2026
                 New York, New York

                                             RICHARD J. SULLIVAN
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation